# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Tyrone Williams,

        Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                              3:10cv118

City of Wadesboro,
Richard Neely, Supt. at
Lanesboro Correctional
Institution, et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/16/2010 Order.

                                                    Signed: March 16, 2010

                                                    Frank G. Johns, Clerk
                                                    United States District Court